**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ricardo MARTINEZ–LOPEZ, Defendant—Appellant.**

No. 02–10364.

D.C. No. CR–01–00297–RLH.

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2003.*

Decided April 15, 2003.

Before RYMER, KLEINFELD, and FISHER, Circuit Judges.

## MEMORANDUM **

Ricardo Martinez–Lopez appeals from his guilty plea conviction and sentence for unlawful reentry of a deported alien, in violation of 8 U.S.C. § 1326. Martinez–Lopez contends that in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court erred by sentencing him under the enhanced statutory maximum sentence contained in 8 U.S.C. § 1326 because he never admitted at the change of plea hearing that he had sustained a prior aggravated felony conviction. As Martinez–Lopez concedes, these arguments are foreclosed

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

by *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.), *cert. denied*, 532 U.S. 966, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001). Accordingly, the sentence is affirmed.

AFFIRMED.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Rahman's request for oral argument is denied.

\*\* This disposition is not appropriate for publication and may not be cited to or by the